UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

CHARL KENNETH STOWE,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
*Commissioner of Social Security*,

    Defendant,

v.

SSAOGC,

    Interested Party.

Case No. 11-cv-283-JPG-CJP

## JUDGMENT

This matter having come before the Court and Plaintiff Charl Kenneth Stowe having failed to prosecute this action,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

                              **NANCY ROSENSTENGEL**

                              **By:s/Deborah Agans, Deputy Clerk**

DATED: June 9, 2011

**Approved:**   s/ J. Phil Gilbert
             **J. PHIL GILBERT**
             **DISTRICT JUDGE**